624 A.2d 1370

IN THE MATTER OF MARTIN C.X. DOLAN,
AN ATTORNEY AT LAW.

June 9, 1993.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **MARTIN C.X. DOLAN** of **JERSEY CITY**, who was admitted to the bar of this State in 1978, be publicly reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.15(b) (failure to safeguard property) in his handling of six matters and *Rule* 1:20–3(f) (failure to cooperate with the District Ethics Committee), and the Board having further recommended that respondent practice under the supervision of a proctor and submit quarterly psychiatric reports to the Office of Attorney Ethics for a period of two years, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and MARTIN C.X. DOLAN is hereby publicly reprimanded; and it is further

ORDERED that respondent practice under the supervision of a proctor approved by the Office of Attorney Ethics for a period of two years and until the further Order of the Court; and it is further

ORDERED that respondent submit quarterly psychiatric reports to the Office of Attorney Ethics for a period of two years and until the further Order of the Court; and it is further